| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

SCOTTY J. BRIDGES, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 1:24-CV-291
§
WARDEN OF STILES UNIT, §
§
      Defendant. §

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Scotty J. Bridges, an inmate confined at the Lewis Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983 against the warden of the Stiles Unit.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff submitted a letter to the court in which he states he submitted an application to proceed *in forma pauperis* in the case before it was severed (#10). Interpreted liberally, plaintiff's letter is construed as objections to the Report. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. The above-styled action along with another pending action were severed from a pending case filed by plaintiff, styled *Bridges v. Collier*, No. 9:24cv36 (E.D. Tex.). Plaintiff contends he submitted an application to proceed *in forma pauperis* before the case was severed. A review of the associated cases, however, reveals plaintiff has failed to submit a proper application to proceed *in forma pauperis* in any of his cases. *See Bridges v. Collier*, No. 9:24cv36 (E.D. Tex.); *Bridges*

*v. Warden of Stiles Unit*, No. 9:24cv121 (E.D. Tex.); *Bridges v. Warden of George Beto I*, No. 9:24cv120 (E.D. Tex.); and *Bridges v. Warden of George Beto I*, No. 6:24cv255 (E.D. Tex.).

Plaintiff's continued delay in submitting a proper application to proceed *in forma pauperis* has prevented the court from determining whether plaintiff will be permitted to proceed without prepayment of the filing fee and proceeding with this case. In order to avoid any prejudice as a result of the dismissal, plaintiff will be provided an opportunity to reinstate this action on the court's active docket by submitting a proper application to proceed *in forma pauperis* within thirty days after the judgment if he chooses to pursue this lawsuit.

**O R D E R**

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation. The dismissal of this action is without prejudice to plaintiff's ability to reinstate the above-styled action on the court's active docket by moving to reinstate and providing the court with a proper application to proceed *in forma pauperis* within thirty days from the date set forth below.

SIGNED at Beaumont, Texas, this 25th day of April, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE